1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVSBN 0722)
3  Chief, Criminal Division

4  ROBERT DAVID REES (CASBN 229441)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7210
7     Fax: (415) 436-7234

8  Attorneys for Plaintiff

9                    UNITED STATES MAGISTRATE COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12 UNITED STATES OF AMERICA,           )   No.  3 05 70421
                                       )
13        Plaintiff,                   )   [PROPOSED] ORDER AND
                                       )   STIPULATION FOR CONTINUANCE
14     v.                              )   FROM JULY 11, 2005 TO AUGUST 1,
                                       )   2005 AND EXCLUDING TIME FROM
15 JOSE MARIA DELGADO FAJARDO,         )   THE SPEEDY TRIAL ACT
                                       )   CALCULATION (18 U.S.C. §
16        Defendant.                   )   3161(h)(8)(A)) AND WAIVING TIME
                                       )   LIMITS UNDER RULE 5.1
17 _____ )

18       With the agreement of the parties, and with the consent of the defendant, the Court enters

19 this order scheduling an arraignment or preliminary hearing date of August 1, 2005 at 9:30A.M.

20 before the duty magistrate judge, and documenting the defendant's waiver of the preliminary

21 hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time under the

22 Speedy Trial Act, 18 U.S.C. § 3161(b), from July 11, 2005, to August 1, 2005. The parties agree,

23 and the Court finds and holds, as follows:

24       1. The defendant has been released on a bond.

25       2. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

26 3161(h)(8)(B)(iv) to provide reasonable time necessary for effective preparation, taking into

27 account the exercise of due diligence.

28       3. The defendant waives the time limits of Federal Rule of Criminal Procedure 5.1 for

1  preliminary hearing.

2      4. Counsel for the defense believes that postponing the preliminary hearing is in his client's best interest, and that it is not in his client's interest for the United States to indict the case during the normal 20-day timeline established in Rule 5.1.

5      5. The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, these grounds are good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1. Given these circumstances, the Court finds that the ends of justice served by excluding the period from July 11, 2005 to August 1, 2005, outweigh the best interest of the public and the defendant in a speedy trial. § 3161(h)(8)(A).

11     6. Accordingly, and with the consent of the defendant, the Court (1) sets a preliminary hearing date before the duty magistrate judge on August 1, 2005, at 9:30A.M., and (2) orders that the period from July 11, 2005 to August 1, 2005 be excluded from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: 7/22/05

/S/ Tom Pier
TOM PIER
Attorney for Defendant

DATED: 7/23/05

/S/ Robert D. Rees
ROBERT DAVID REES
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 8/2/05

EDWARD M. CHEN
United States Magistrate Judge